

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>HUGO ALBERTO SEPULVEDA-VALENCIA, )<br><br>*Defendant.* )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CRIMINAL NO. 2:16cr** 59<br><br>**21 U.S.C. § 846**<br>**Conspiracy to Distribute and Possess**<br>**with Intent to Distribute**<br>**Methamphetamine**<br>**(Count 1)**<br><br>**21 U.S.C. § 841(a)(1)**<br>**Possess with Intent to Distribute**<br>**Methamphetamine**<br>**(Count 2)**<br><br>**21 U.S.C. § 853**<br>**Forfeiture Allegation** |

**INDICTMENT**

April 2016 Term - at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>

From in or about June 2015 and continuing thereafter until on or about December 18, 2015, in the Eastern District of Virginia and elsewhere, the defendant, HUGO ALBERTO SEPULVEDA-VALENCIA, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with other persons, both known and unknown, to commit one or more of the following offenses:

1.    To unlawfully, knowingly and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## OVERT ACTS

The objective of the conspiracy was making money through the distribution of methamphetamine. In furtherance of the conspiracy and to accomplish the objective thereof, the following overt acts, among others, were committed in the Eastern District of Virginia.

1.     On or about December 18, 2015, at Virginia Beach, in the Eastern District of Virginia, HUGO ALBERTO SEPULVEDA-VALENCIA received a parcel containing approximately one kilogram of methamphetamine at a hotel on Northampton Boulevard.

2.     On or about December 18, 2015, at Virginia Beach, in the Eastern District of Virginia, HUGO ALBERTO SEPULVEDA-VALENCIA paid an individual $5,000 and took possession of a backpack containing approximately one kilogram of methamphetamine.

(All in violation of Title 21, United States Code, Section 846.)

## COUNT TWO

On or about December 18, 2015, at Virginia Beach, in the Eastern District of Virginia, the defendant, HUGO ALBERTO SEPULVEDA-VALENCIA, did unlawfully, knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).)

## FORFEITURE ALLEGATION

THE GRAND JURY FURTHER ALLEGES AND FINDS PROBABLE CAUSE THAT:

1.    The defendant, HUGO ALBERTO SEPULVEDA-VALENCIA, if convicted of any of the violations alleged in this Indictment, as part of the sentencing of the defendant pursuant to F.R.Cr.P. 32.2 and 21 U.S.C. § 853, shall forfeit to the United States:

    a.    Any property, real or personal used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation;

    b.    Any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violation; and,

    c.    Any other property of the defendant up to the value of the property subject to forfeiture above, if any property subject to forfeiture above, (a) cannot be located upon the exercise of due diligence, (b) has been transferred to, sold to, or deposited with a third person, (c) has been placed beyond the jurisdiction of the Court, (d) has been substantially diminished in value, or (e) has been commingled with other property that cannot be subdivided without difficulty.

    (All in accordance with Title 21, United States Code, Section 853.)

*United States v. Hugo Alberto Sepulveda-Valencia*
Criminal No. 2:16cr 59

A TRUE BILL:

REDACTED COPY

_____

FOREPERSON

DANA J. BOENTE
UNITED STATES ATTORNEY

By:  _____

Darryl J. Mitchell
Assistant United States Attorney
Virginia Bar No. 37411
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail Address - darryl.mitchell@usdoj.gov